**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| LIZA REGINA MOUSIOS, | : | No. 577 MAL 2017 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| WEST END FAIR ASSOCIATION, ALAN | : | |
| GANNON, THOMAS HARTFORD AND | : | |
| VITO CUSUMANO, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 23rd day of January, 2018, the Petition for Allowance of Appeal is **DENIED**.